

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

### No. 07-24-00220-CR

---

ARLEEN THERES KEITHLEY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 287th District Court
Bailey County, Texas
Trial Court No. 3296, Counts I & II; Honorable Kathryn H. Gurley, Presiding

---

## July 30, 2024

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Arleen Theres Keithley, appeals her convictions for possession of a controlled substance[1] and abandoning or endangering a child.[2] The trial court sentenced Appellant to twelve years of confinement for possession of a controlled substance and to ten months of confinement for abandoning or endangering a child, with the sentences to

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(d).

[2] *See* TEX. PENAL CODE ANN. § 22.041(f).

run concurrently. The appellate record was due July 8, 2024. The clerk's record has been filed. However, Appellant has yet to make payment arrangements for the reporter's record. By letter of July 16, 2024, we directed Appellant to make the necessary payment arrangements by July 26 or we would remand the cause to the trial court for further proceedings. *See* TEX. R. APP. P. 20.2, 37.3(a)(2). On July 26, Appellant notified the Court that she has filed a motion for a free reporter's record with the trial court and a hearing is scheduled for August 7, 2024.

Accordingly, we abate the appeal and remand the cause to the trial court to rule on Appellant's pending motion for a free reporter's record. In doing so, the trial court shall determine the following:

1. whether Appellant still desires to prosecute the appeal;

2. whether Appellant is indigent;

3. whether Appellant is entitled to have the reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2; and

4. if Appellant is not entitled to have the reporter's record furnished without charge, the date Appellant will make acceptable payment arrangements for the reporter's record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this Court by September 3, 2024.

It is so ordered.

Per Curiam

Do not publish.

2